■ PHILIP HIRSCH v LINDOR REALTY CORP. — Motion for resettlement granted and: (1) the memorandum decision of this court (87 AD2d 554) is recalled and amended by inserting in the decretal paragraph, after the words "in favor of defendant", the phrase "dismissing the complaint,"; and (2) the order of this court entered on March 23, 1982 resettled as indicated in the resettled order of this court. Resettled order signed and filed. Concur — Ross, J. P., Bloom, Fein and Milonas, JJ.

## (June 24, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS ALBINO, Appellant. — Judgment, Supreme Court, Bronx County (Goldfluss, J.), rendered on October 16, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Carro, Markewich, Lupiano and Bloom, JJ.